UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31932 |
|---|---|
| PAMELA J. HAMMONS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072510**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 25 | MELISSA M FERGUSON ESQ<br>LANE ALTON & HORST LLC<br>175 S THIRD ST STE 700<br>COLUMBUS, OH  43215 | 400.88 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service 07-31932

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PAMELA J. HAMMONS
1747 HOLLANSBURG-ARCANUM
NEW MADISON, OH  45346

RANDALL E BREADEN
414 WALNUT ST
GREENVILLE, OH  45331

(31.1n)
Gregory Wooldridge
P.O.Box 6356
Columbus, OH  43206

(26.1n)
LITTON LOAN SERVICING
% MCCALLA RAYMER LLC BANKRPCY
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

(26.3n)
LITTON LOAN SERVICING
4828 LOOP CENTRAL DR
HOUSTON, TX  77081

(29.1n)
LITTON LOAN SERVICING LP
MCCALLA RAYMER LLC BANKRUPTCY
DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(25.1)
MELISSA M FERGUSON ESQ
LANE ALTON & HORST LLC
175 S THIRD ST STE 700
COLUMBUS, OH  43215

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner                 sv